IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUGH CARITHERS, BRENDA CARITHERS,
AND JOEY CARITHERS AS WRONGFUL
DEATH BENEFICIARIES OF CATLIN
HUGH CARITHERS, DECEASED                                    PLAINTIFFS

VS.                        CIVIL ACTION NO. 5:13-cv-66(DCB)(MTP)

CCA OF TENNESSEE, LLC, CORRECTIONS
CORPORATION OF AMERICA, CCA PROPERTIES
OF AMERICA, LLC, AND JOHN DOES 1-10                         DEFENDANTS

FINAL JUDGMENT

This cause having come before the Court on the CCA defendants' (CCA of Tennessee, LLC, Corrections Corporation of America, and CCA Properties of America, LLC) Motion for Reconsideration and Motion to Dismiss, and the Court having granted said motions in a Memorandum Opinion and Order of even date herewith,

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of December, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE